UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KAREN STRAASS, | Case No: 07-CV-0455 W (WMc) |
|---|---|
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE MOTION FOR AWARD OF INTEREST FOR BREACH OF SETTLEMENT AGREEMENT** |
| v. | |
| SAN DIEGO UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

On September 27, 2007, Plaintiff filed a motion for an award of interest for breach of the parties' settlement agreement. This Court's Chamber Rule pertaining to "Hearing Dates" requires a moving party to obtain a hearing date from the law clerk *before* filing a motion. (See Chamber Rules, p.2.) Plaintiff failed to do so. The motion [Doc. No. 16] is therefore **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED: September 27, 2007

_____
Hon. Thomas J. Whelan
United States District Judge

- 1 -                                                07cv455w